UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KELVIN BOWMAN,

    VS                            CASE NO. 5:03cv177-MMP/WCS

LIEUTENANT COPELAND, et. al.,

**REFERRAL AND ORDER**

The motion/pleading was filed by plaintiff on 07/15/2005 (document #94), and referred to Magistrate Judge William C. Sherrill on 07/19/2005.

Summary of motion/pleading: MOTION FOR AN EXTENSION OF TIME

WILLIAM M. MCCOOL, CLERK OF COURT

s/ Angela Maxwell
DEPUTY CLERK

**ORDER OF COURT**

Upon consideration of the foregoing, it is ORDERED this 20th day of July, 2005, the requested relief is **GRANTED.** The time for filing objections to the Report and Recommendation is extended to August 26, 2005.

S/ William C. Sherrill
UNITED STATES MAGISTRATE JUDGE