IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KELVIN BOWMAN,

    Plaintiff,

v.                                                   CASE NO. 5:03-cv-00177-MP-WCS

LIEUTENANT T. COPELAND,
SERGEANT C. MCKENZIE,
OFFICER L. MCDONALD,
OFFICER M. SPEIGHT,

    Defendants.
_____/

**O R D E R**

        This matter is before the Court on Doc. 90, Report and Recommendation of the Magistrate Judge recommending that Defendants' Motion for Summary Judgment, Doc. 27, and Plaintiff's Motion for Summary Judgment, Doc. 85, be denied.  The Magistrate Judge filed the Report and Recommendation Monday, June 27, 2005.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections.  Plaintiff has filed an objection to the Magistrate's Report and Recommendation, Doc. 95.  Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a de novo review of those portions to which an objection has been made.

        Having considered the Report and Recommendation and the objections filed,  I have determined that the Report and Recommendation should be ADOPTED.  Plaintiff objects to the Magistrate's recommendation that Plaintiff's Motion for Summary Judgment, Doc. 85, be denied.  In his filing, Plaintiff asserts that summary judgement is appropriate at least on the issue of liability.  However, as the Magistrate pointed out, there is clearly a genuine issue of material fact

in dispute in this case.  While Plaintiff claims that the Defendants physically assaulted him, the Defendants have submitted affidavits denying such allegations.  Additionally, the Defendants have provided part of an Inspector General's Investigation, which found no evidence of wrongdoing in the matter.  Consequently, summary judgment for either party is inappropriate at this time.

    Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation, Doc. 93, is adopted and incorporated by reference in this order.

2.     Defendants' Motion for Summary Judgment, Doc. 32, and Plaintiff's Motion for Summary Judgment, Doc. 85, are DENIED.

3.     This case is referred back to the Magistrate for pretrial proceedings.

**DONE AND ORDERED** this   *14th*   day of September, 2005

                  *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge