IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KELVIN BOWMAN,

    Plaintiff,

v.                                      CASE NO. 5:03-cv-00177-MP-WCS

T. COPELAND,
L. MCDONALD,
C. MCKENZIE,
M. SPEIGHT,

    Defendants.
_____/

## O R D E R

This matter is before the Court on Doc. 117, Plaintiff's Objections to the Magistrate Judge's Order dated April 20, 2006 (Doc. 112). The order covers various discovery requests made by the plaintiff, including requests for interrogatories as well as additional discovery. After reviewing the order and all objections thereto filed, the court has determined that the order should be affirmed. The court finds no error in the Magistrate's order, and plaintiff's objections are without merit. Accordingly, the order is affirmed. In addition to his objections, plaintiff also requests a copy of the local rules for the Northern District of Florida. This request is granted.

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Order, Doc. 112, is affirmed and incorporated by reference in this order.

2. The Clerk is directed to forward to the plaintiff a copy of the local rules for the Northern District of Florida.

**DONE AND ORDERED** this <u>17th</u> day of May, 2006

                                      *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge