IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**KELVIN BOWMAN,**

    **Plaintiff,**

vs.                                                      CASE NO.  5:03cv177-RS/WCS

**LIEUTENANT TIMOTHY COPELAND,**
**et al,**

    **Defendants.**
_____/

## **ORDER**

    Before me is Plaintiff's Motion for this Court to Order Lisa G. Jones, Official Court Reporter, to Furnish Him with a Free Copy of his Trial Transcript (Doc. 254).

    Fees for transcripts furnished to persons permitted to appeal in forma pauperis shall be paid by the United States if the trial judge or a circuit judge certifies that the appeal is not frivolous (but presents a substantial question). *See* 28 U.S.C. § 753(f).  Plaintiff has failed to state any reason a transcript is needed to decide a substantive issue. *United States v. MacCollom*, 426 U.S. 317, 325-326, 96 S. Ct. 2086, 2091, 48 L. Ed. 2d 666 (1976).  I find no reason to certify that Plaintiff's appeal is not frivolous.  Plaintiff's Motion for this Court to Order Lisa

G. Jones, Official Court Reporter, to Furnish Him with a Free Copy of his Trial Transcript (Doc. 254) is **DENIED**.

**ORDERED** on May 21, 2008.

/S/ Richard Smoak_____
**RICHARD SMOAK**
**United States District Judge**

*Case No: 5:03cv177*